JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>            Plaintiff(s),<br><br>VS.<br><br>GRACE YONGMUN KIM, et al.,<br><br>            Defendant(s). | Case No. CV 13-05230-RGK (PLAx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

An Order to Show Cause re Dismissal for Failure to Pay Filing Fee was issued on August 12, 2013, requiring a response by August 26, 2013.  As of this date, no response has been filed.  The matter is therefore dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 29, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE