JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, ) | Case No. CV 13-05230-RGK (PLAx) |
| ) | |
| Plaintiff(s), ) | ORDER DISMISSING ACTION FOR |
| ) | LACK OF PROSECUTION |
| VS. ) | |
| GRACE YONGMUN KIM, et al., ) | |
| ) | |
| Defendant(s). ) | |

An Order to Show Cause re Dismissal for Failure to Pay Filing Fee was issued on August 12, 2013, requiring a response by August 26, 2013. As of this date, no response has been filed. The matter is therefore dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 29, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE